■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SIR RAVEN R., Appellant. [919 NYS2d 429]—

■ Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREVIS D. BAKER, Appellant. (Action No. 2.) [919 NYS2d 457]—

■ Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARQUIS PARKS, Also Known as MARQUIS TILLS, Appellant. [919 NYS2d 430]—

■ Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.